UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BLAKE M. CORNIN**                                                  CIVIL ACTION

**VERSUS**                                                           NO. 06-9682

**LOUISIANA BOARD OF PAROLE**                                        SECTION "F" (6)
ET AL.

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore, IT IS ORDERED that the petition of Blake M. Cornin for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, be, and the same is hereby DISMISSED WITH PREJUDICE as MOOT. Alternatively, the petition is hereby DISMISSED WITHOUT PREJUDICE for failure to comply with the court's Order dated November 14, 2006 and for failure to exhaust state court remedies.

New Orleans, Louisiana, this 1ST day of MARCH, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____